UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELODY MONTGOMERY, | Case No. 09-13456 |
| Plaintiff, | DISTRICT JUDGE<br>ARTHUR J. TARNOW |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | MAGISTRATE JUDGE<br>MONA K. MAJZOUB |
| Defendant. | |
| _____/ | |

## **ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [17]**

On April 13, Magistrate Judge Majzoub issued a Report and Recommendation [17] that Plaintiff's Complaint [1] be dismissed for failure to take action, failure to prosecute, and lack of progress. No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

 **IT IS HEREBY ORDERED** that Plaintiff's Complaint [1] is **DISMISSED.**

**SO ORDERED.**


S/ARTHUR J. TARNOW
Arthur J. Tarnow
United States District Judge

Dated: May 14, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record and

**Melody R Montgomery**
33131 Alberta St.
Westland, MI 48186

 on May 14, 2010, by electronic and/or ordinary mail.

S/LISA M. WARE
Case Manager